**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 3, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00794-CV

## IN RE ANGLO DUTCH ENERGY LLC, EXPLORER INVESTMENTS, LLC AND SAXTON RIVER CORPORATION, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-36322**

## MEMORANDUM OPINION

On September 18, 2015, relators Anglo Dutch Energy LLC, Explorer Investments, LLC and Saxton River Corporation filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable

Robert Schaffer, presiding judge of the 152nd District Court of Harris County, to vacate his order granting a new trial of the claims by real parties in interest for attorney's fees.

Mandamus is an extraordinary remedy that will issue only if (1) the trial court clearly abused its discretion and (2) the party requesting mandamus relief has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

On this record, relators have not shown that the trial court abused its discretion in grating a new trial of real parties' claims for attorney's fees. *See Tony Gullo Motors v. Chapa*, 212 S.W.3d 299, 303 (Tex. 2006); *Stewart Title Guar. Co. v. Sterling*, 822 S.W.2d 1, 11 (Tex. 1991); and *7979 Airport Garage L.L.C. v. Dollar Rent A Car Sys.*, 245 S.W.3d 488, 510 (Tex. App.—Houston [14th Dist.] 2007, pet. denied). Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.